# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSME PRESAS,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN MEDICAL CENTER, et al.,<br><br>    Defendants.<br> _____/ | Case No. 1:13-cv-02038-LJO-SKO (PC)<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING, DISREGARDING PROPOSED SUPPLEMENTAL COMPLAINT, AND DIRECTING PLAINTIFF TO COMPLY WITH ORDER FILED APRIL 8, 2015<br><br>(Doc. 33) |

Plaintiff Cosme Presas, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 13, 2013. On April 27, 2015, Plaintiff filed a motion seeking leave to amend to add a declaration to his amended complaint. Fed. R. Civ. P. 15(a). Plaintiff may not amend his complaint piecemeal. Local Rule 220. The requirement that an operative pleading be complete within itself without reference other filings was addressed by the Court in orders filed on April 8, 2015, and April 27, 2015. Accordingly, Plaintiff's motion is HEREBY DENIED, and he is again directed to the order filed on April 8, 2015.

IT IS SO ORDERED.

Dated: **April 29, 2015**          **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE