# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSME PRESAS,<br><br>        Plaintiff,<br><br>    v.<br><br>KERN MEDICAL CENTER, et al.,<br><br>        Defendants. | Case No. 1:13-cv-02038-DAD-SKO (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO PROVIDE INFORMATION ON DOE DEFENDANTS FOR SERVICE OF PROCESS**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff, Cosme Presas, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983 based on events which occurred when he was a pretrial detainee. Plaintiff is proceeding on his Third Amended Complaint only against Defendants Nurses Jane Doe 1-3 and Deputies John Doe 1-6 and only for denial of adequate medical care, in violation of the Due Process Clause. (*See* Docs. 46, 48.)

Because Plaintiff is proceeding *in forma pauperis*, the court must appoint the United States Marshal to serve each defendant with a summons and complaint. Fed. R. Civ. Pro. 4(c)(2). However, the Marshal cannot locate and serve unidentified defendants. Plaintiff must provide all information in his possession which may assist with identifying the Doe defendants in this action for service of process -- such as a given Doe's sex, hair color, facial hair, approximate age, height, weight, apparent ethnicity (if any), as well as any/all documents which reflect Plaintiff's interaction with them. Plaintiff shall also inform the court and the U.S. Marshal of any other details that might assist with such identification. Absent identifying information, the Marshal will not be able to serve the defendants and this action will be dismissed.

1

Accordingly, within **twenty-one (21) days** of the date of service of this order, Plaintiff shall provide the court with further information to assist the Marshal in serving Defendants Nurses Jane Doe 1-3 and Deputies John Doe 1-6.

IT IS SO ORDERED.

Dated: **July 11, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE