# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSME PRESAS,<br><br>        Plaintiff,<br><br>   v.<br><br>FUSSEL, et al.,<br><br>        Defendants. | **1:13-cv-02038-DAD-SKO (PC)**<br><br>**ORDER REQUIRING FILING OF DISPOSITIONAL DOCUMENTS**<br><br>**90-DAY DEADLINE** |

    The parties have filed a Notice of Settlement indicating resolution of all claims in this action. (Doc. 72.) Good cause has been shown to extend the filing of final documents per Local Rule 160(b). However, the Court ORDERS the parties to file the appropriate papers to dismiss or conclude this action in its entirety within ninety (90) days. The Court VACATES all pending dates and matters. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed any such violation. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated: **November 30, 2018**  /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE